# United States District Court
# For The Western District of North Carolina
# Asheville Division

David Eldon Talbert ,

    Plaintiff(s),                                JUDGMENT IN A CIVIL CASE

vs.                                                 1:12-cv-00221

Y Cobourn, et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Order and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 26, 2012 Order.

                                               Signed: November 26, 2012

                                               Frank G. Johns, Clerk
                                               United States District Court